IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHERINE SHROYER,**                                                            **PLAINTIFF**

v.                                   **Case No. 4:25-cv-00105-JTK**

**COMMISIONER OF SOCIAL**
**SECURITY,**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 28th day of May, 2025.

                                                                       _____
                                                                           JEROME T. KEARNEY
                                                                        UNITED STATES MAGISTRATE JUDGE